a.97

LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN, WOLF & SCHLISSEL, P.C.

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

RICHARD A. LIPPE
SHELDON M. GOLDSTEIN*
LEWIS B. MELTZER
GERALD P. WOLF
CHARLES A. BILICH
ALAN L. MITTMAN
BRIAN S. CONNEELY
JOSEPH KATZ
JOHN E. WESTERMAN°
DAVID I. SCHAFFER
RICHARD GABRIELE
STEPHEN W. SCHLISSEL

TED A. BERKOWITZ
KENNETH RUBENSTEIN, PH.D°▲
CHARLES GUTTMAN, PH.D▲
STEPHEN M. BREITSTONE
ARNOLD S. KLEIN §
KEITH M. MERRIWETHER, III†
ELENA KARABATOS
LORETTA M. GASTWIRTH
THOMAS J. McGOWAN
PETER E. SHAPIRO *
BONNIE L. POLLACK°

FACSIMILE: (516) 747-0653

INTERNET: http://www.mlg.com

PLEASE REPLY TO MINEOLA

NEW YORK
249 EAST 48TH STREET
NEW YORK, NY 10017
TELEPHONE: (212) 614-9820

NEW JERSEY
KENNETH RUBENSTEIN, PH.D., ESQ.
47 MAPLE STREET
SUMMIT, NJ 07901
TELEPHONE: (908) 273-1166
FACSIMILE: (908) 273-5929

MEXICO CITY
IN AFFILIATION WITH:
CAMIL ABOGADOS
LA FONTAINE 92
11860 MEXICO, D.F.
TELEPHONE: 011-525-281-4164
FACSIMILE: 011-525-282-1720

WRITER'S DIRECT EXT:

COUNSEL
WILLIAM D. DENSON, P.C.▫  BERNARD TANNENBAUM
RONALD F. POEPPLEIN       JORGÉ CAMIL**

JONATHAN M. HOFFMAN    JONATHAN D. FARRELL°
ALLAN GRAUBERD‡        GREGG I. GOLDMAN°▲
ALAN C. EDERER         JEFFREY A. FLEISCHMAN°▲
ANTHONY C. COLES°▲     LEO G. LENNA°
THOMAS A. DRAGHI       GREGORY L. THORNE▲
EVAN L. KAHN††▲        LAWRENCE THAM
ANTHONY G. BIANCHI     ROSEMARIE FERRANTE°
LAWRENCE A. ISRAELOFF  MICHAEL H. MASRI
JEFFREY A. MILLER°     MARK L. CORTEGIANO
BENJAMIN CARROCCIO°

ALSO ADMITTED IN:

*MA          ††TX
°NJ          §FL
▫AL & DC     ‡VT & ISRAEL
°CT          ▲REGISTERED PATENT ATTY
▴CT & DC     **MEXICO ONLY
†NJ & CT

RECEIVED
IN CHAMBERS OF
HON. MICHAEL L. ORENSTEIN

DEC ~ A 1997

TIME A.M. ............................
      P.M. ............................

U.S. ...........
IN ...............
........

DEC

12/8/97 ...........
THE ............

December 3, 1997

## BY HAND DELIVERY

Magistrate Judge Michael L. Orenstein
United States Courthouse
2 Uniondale Avenue
Uniondale, New York  11553

> Re: Alan B. Amron, Pro Se v. Lonnie G. Johnson
>     and Bruce M. D'Andrade, 96-CV-6376 (TCP)

Dear Magistrate Judge Orenstein:

We represent defendant Lonnie Johnson in the above-referenced action. I write on behalf of all parties and counsel appearing herein.

This matter has been settled and the parties have filed a Stipulation of Discontinuance which they have requested Judge Platt to "So Order".

In light of the settlement and discontinuance of this action, all parties and counsel respectfully request that this court cancel the hearing scheduled for Tuesday, December 23, 1997.

Thank you for your attention to this matter.

Respectfully submitted,

Loretta M. Gastwirth

LMG/ds
cc: Kenneth Glynn, Esq.
    Alan Amron
Enclosure

12/4/97
Case settled, conference canceled.